UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| HEALTH DISCOVERY CORPORATION | § § | |
| vs. | § § | NO: WA:22-CV-00356-ADA |
| INTEL CORPORATION | § § | |

**ORDER SETTING MOTIONS HEARING VIA ZOOM**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for MOTIONS HEARING VIA ZOOM for purposes of limited referral on Friday July 08, 2022 at 10:00 AM before the Honorable Derek T. Gilliland. The Zoom link will be sent via email.

SIGNED this 17th day of June, 2022.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE