IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Health Discovery Corporation,<br><br>　　Plaintiff,<br><br>　　v.<br><br>Intel Corporation,<br><br>　　Defendant. | Civil Action No. 6:22-cv-00356<br><br>The Honorable Alan D. Albright<br><br>**JURY TRIAL DEMANDED** |

## CASE READINESS STATUS REPORT

Plaintiff Health Discovery Corporation ("Plaintiff" or "HDC") and Defendant Intel Corporation, Inc. ("Defendant" or "Intel") hereby provide the following status report.

## SCHEDULE

A scheduling order has not yet been filed.

A *Markman* date has not yet been proposed. The parties previously agreed to certain claim term constructions, and the Court previously construed disputed claim terms, from the asserted patents in *Health Discovery Corporation v. Intel Corporation*, Civil Action No. 6:22-cv-00666 (W.D. Tex.). *See* Claim Construction Order, ECF No. 51, Civil Action No. 6:22-cv-00666 (W.D. Tex. June 3, 2021); Joint Claim Construction Statement, ECF No. 41, Civil Action No. 6:22-cv-00666, at 2 (W.D. Tex. May 24, 2021). Intel reserves the right to request construction of additional claim terms after HDC serves its Preliminary Infringement Contentions in this action.

A trial date has not yet been proposed.

1

## FILING AND EXTENSIONS

HDC filed the Complaint for Patent Infringement (the "Complaint") on April 5, 2022. ECF No. 01.  There has been one agreed extension of time (ECF No. 08) of 45 days.

## RESPONSE TO THE COMPLAINT

Intel filed its Answer to the Complaint on June 13, 2022.  ECF No. 17.  The pleadings are closed.

## PENDING MOTIONS

There is one pending request before the Court as follows:

(i)   HDC filed a Request to Use Originating Case Number on June 10, 2022.  ECF No. 15.

(ii)  Intel filed an Opposition to HDC's Request to Use Previous Case Number on June 10, 2022.  ECF No. 16.

(iii) HDC filed a Reply to Intel's Opposition on June 15, 2022.  ECF No. 18.

(iv)  Intel filed a Reply to HDC's Reply on June 16, 2022.  ECF No. 19.

(v)   A motion hearing via Zoom is scheduled for July 8, 2022 at 10:00 AM CDT before Judge Gilliland.

## RELATED CASES IN THIS JUDICIAL DISTRICT

There are no related cases in this or other districts.

## IPR, CBM, AND OTHER PGR FILINGS

Intel Corporation filed seven petitions for *inter partes review*, three of which were instituted.[1]  The PTAB held Oral Argument on all three proceedings on June 14, 2022.

---

[1] The PTAB denied institution on four petitions: IPR2021-00555 (U.S. Patent No. 10,402,685), IPR2021-00553 (U.S. Patent No. 8,095,483), IPR2021-00551 (U.S. Patent No. 7,542,959), and IPR2021-00549 (U.S. Patent No. 7,117,188).

- IPR2021-00550 (U.S. Pat. No. 7,117,188):  final written decision expected by September 7, 2022;

- IPR2021-00552 (U.S. Pat. No. 7,542,959):  final written decision expected by September 14, 2022; and

- IPR2021-00554 (U.S. Pat No. 8,095,483):  final written decision expected by September 20, 2022.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

HDC has asserted four patents (U.S. Patent Nos. 7,117,188, 7,542,959, 8,095,483, and 10,402,685) and a total of 60 claims, as follows:

- Claims 1-23 of the '188 patent;

- Claims 1, 5, 6, 10, 12, and 16 of the '959 patent;

- Claims 1, 5, 6, 7, 13, 18, 22, and 32 of the '483 patent; and

- Claims 1-23 of the '685 patent.

Intel filed a Motion to Dismiss under 35 U.S.C. § 101 in *Health Discovery Corporation v. Intel Corporation*, Civil Action No. 6:22-cv-00666 (W.D. Tex.), which the Court granted at the end of 2021, without prejudice. Memorandum Opinion, ECF No. 66, Civil Action No. 6:22-cv-00666 (W.D. Tex. Dec. 27, 2021).

HDC will serve Preliminary Infringement Contentions no later than seven (7) days before the CMC occurs or is deemed to have occurred.

## APPOINTMENT OF TECHNICAL ADVISOR

The parties do not request a technical advisor to be appointed at this time, but are open to the Court's decision to appoint a technical advisor.  In *Health Discovery Corporation v. Intel Corporation*, Civil Action No. 6:22-cv-00666 (W.D. Tex.), the Court appointed Dr. Josh Yi as the technical advisor prior to holding a *Markman* hearing.

## **MEET AND CONFER STATUS**

HDC and Intel conducted meet and confer conferences on June 8 and June 10, 2022. The parties discussed a potential stay of the litigation until the IPRs were resolved. The parties did not reach an agreement on a stay.

| | |
|---|---|
| Dated: June 30, 2022 | Respectfully submitted, |
| **DUNLAP BENNETT & LUDWIG PLLC** | **PERKINS COIE LLP** |
| */s/ Brian Medich* | */s/ Kourtney Mueller Merrill* |
| William W. Flachsbart (admitted *pro hac vice*) | Jose C. Villarreal (TX Bar No. 24003113) |
| Mark M. Magas (admitted *pro hac vice*) | JVillarreal@perkinscoie.com |
| DUNLAP BENNETT & LUDWIG PLLC | PERKINS COIE LLP |
| 333 N. Michigan Ave, Suite 2700 | 500 W. 2nd Street, Suite 1900 |
| Chicago, IL 60601 | Austin, TX 78701 |
| Telephone: (312) 551-9500 | Tel: (737) 256-6100 |
| Fax: (312) 551-9501 | Fax: (737) 256-6300 |
| Email: wflachsbart@dbllawyers.com | |
| Email: mmagas@dbllawyers.com | Sarah E. Piepmeier, *admitted* |
| | (CA Bar No. 227094) |
| Brian Medich (Admitted W.D. Tex./ | SPiepmeier@perkinscoie.com |
| D.C. Bar No. 1671486) | PERKINS COIE LLP |
| DUNLAP BENNETT & LUDWIG PLLC | 505 Howard Street, Suite 1000 |
| 1200 G St. NW, Suite 800 | San Francisco, CA 94105 |
| Washington, D.C. 20005 | Tel: (415) 344-7000 |
| Telephone: (571) 919-6734 | Fax: (415) 344-7050 |
| Fax: (855) 226-8791 | |
| Email: bmedich@dbllawyers.com | Kourtney Mueller Merrill, *admitted* |
| | (CO Bar No. 36662) |
| ***Attorneys for Health Discovery Corporation*** | KMerrill@perkinscoie.com |
| | PERKINS COIE LLP |
| | 1900 Sixteenth Street, Suite 1400, |
| | Denver, CO 80202-5255 |
| | Tel: (303) 291-2388 |
| | Fax: (303) 291-2488 |
| | |
| | ***Attorneys for Defendant Intel Corporation*** |

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 30, 2022, the foregoing was filed electronically in compliance with Local Rule CV-5(b)(1) and served via e-mail on all counsel who have consented to electronic service.

                                                            */s/ Brian Medich*
                                                            Brian Medich
                                                            *Attorney for Health Discovery Corporation*