# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| HEALTH DISCOVERY CORPORATION | § § | |
| vs. | § § | NO:  WA:22-CV-00356-ADA |
| INTEL  CORPORATION | § | |

## ORDER RESETTING MOTIONS HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for MOTIONS HEARING VIA ZOOM on Friday July 08, 2022 at 09:30 AM before the Honorable Derek T. Gilliland. The Zoom link has been provided to counsel via email.

SIGNED this 7th day of July, 2022.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE