IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| HEALTH DISCOVERY CORPORATION,<br>　　　　*Plaintiff,*<br><br>v.<br><br>INTEL CORPORATION,<br>　　　　*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | W-22-CV-00356-ADA-DTG |

## ORDER OF RECUSAL

Having been referred this case for pretrial purposes, this Court hereby recuses himself from hearing this case under 28 U.S.C. § 455(b).

SIGNED this 8th day of September, 2022.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE