# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| HEALTH DISCOVERY CORPORATION | § | |
| | § | |
| vs. | § | NO:  WA:22-CV-00356-ADA |
| | § | |
| INTEL  CORPORATION | § | |

## ORDER SETTING MOTIONS HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for MOTIONS HEARING by Public Zoom on February 03, 2023  at  01:30 PM.

IT IS SO ORDERED this 31st day of January, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE