# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| HEALTH DISCOVERY CORPORATION | § | |
| | § | |
| vs. | § | NO: WA:22-CV-00356-ADA |
| | § | |
| INTEL CORPORATION | § | |

## ORDER SETTING MOTIONS HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for MOTIONS HEARING by Public Zoom on February 10, 2023 at 09:30 AM.

IT IS SO ORDERED this 7th day of February, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE